

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

RECEIVED

2009 JUL 13 · A II: 10

FINANCIAL
DISCLOSURE OFFICE
600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL: (956) 548-2591



**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

July 7, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301, One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Amendment to 2008 Financial Disclosures for Judge Andrew S. Hanen

Dear Sir/Madam:

Pursuant to the Committee's letter request of June 29, 2009, please find the following additional information. All of the following pertains to information contained in Part VII:

| 119 | -Fidelity Short Term Bond Fund | | | | | | | | | |
|-----|-----|---|---|---|---|---|---|---|---|---|

Further, under Retirement Account #1 a listing for Fidelity Cash Reserves was accidentally omitted. It would logically fit between what is now line numbers 125 and 126—so for the purposes of this amendment I have just designated it as line number 125(A). Therefore, the report should include:

| 125(A) -Fidelity Cash Reserves | | | | | | | | | |
|-----|---|---|---|---|---|---|---|---|---|

I am enclosing three (3) extra copies of this response. Please call or write if you need additional information.

Yours truly,

Andrew S. Hanen
United States District Judge

ASH:am
Enclosures

Hanen_Andrew_S

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)

Hanen, Andrew S. | 2. Court or Organization

United States District Court - Texas | 3. Date of Report

5/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

United States District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination,        Date
☐ Initial    ☑ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2008
to
12/31/2008 |

| 7. Chambers or Office Address

Judge Andrew S. Hanen
600 East Harrison St., #301
Brownsville, Texas 78520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

|  POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

|  DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2009 MAY 15 A 10: 57

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed—Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of TX | 5/22 - 5/23 | Dallas | CLE Program | Airfare, Hotel, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Account #1 | E | Interest | N | T | | | | | |
| 2. -Treasury Strips | | | | | | | | | |
| 3. -Chase Retirement Money Mkt Reserves | | | | | | | | | |
| 4. IRA Account #2 | A | Dividend | J | T | | | | | |
| 5. -Alliance Bernstein Itl | | | | | Sold (part) | 1/7 | J | A | |
| 6. -Alliance Bernstein Itl | | | | | Sold | 5/2 | J | A | |
| 7. -Nationwide (f/k/a Gartmore) Emerging | | | | | Sold (part) | 1/7 | J | A | |
| 8. -Nationwide Emerging (See Note 1) | | | | | Sold (part) | 8/12 | J | A | |
| 9. -Aberdeen Developing | | | | | Buy | 10/2 | J | | |
| 10. -Nationwide Natural (f/k/a Gartmore Global) | | | | | Sold (part) | 1/7 | J | A | |
| 11. -Nationwide Natural (See Note 2) | | | | | Sold (part) | 5/2 | J | A | |
| 12. -Nationwide Opt | | | | | Sold (part) | 1/7 | J | A | |
| 13. -Nationwide Opt (See Note 3) | | | | | Sold (part) | 5/2 | J | A | |
| 14. -Aberdeen Opt | | | | | Sold (part) | 8/12 | J | A | |
| 15. -Aberdeen Opt | | | | | Sold (part) | 10/2 | J | A | |
| 16. -Nationwide U.S. Growth | | | | | Buy | 1/7 | J | | |
| 17. -Nationwide U.S. Growth (See Note 4) | | | | | Sold | 5/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nationwide Int | | | | | Buy | 1/7 | J | | |
| 19. -Nationwide Int (See Note 5) | | | | | Buy | 5/2 | J | | |
| 20. -Aberdeen Int | | | | | Sold (part) | 8/12 | J | A | |
| 21. -Ivy Asset | | | | | Sold (part) | 1/7 | J | A | |
| 22. -Ivy Asset | | | | | Sold (part) | 8/12 | J | A | |
| 23. -Ivy Asset | | | | | Sold (part) | 10/2 | J | A | |
| 24. -Cohen & Steers Int | | | | | Sold | 1/7 | J | A | |
| 25. -Cohen & Steers Asian Pac | | | | | Sold (part) | 1/7 | J | A | |
| 26. -Cohen & Steers Asian Pac | | | | | Sold | 5/2 | J | A | |
| 27. -Cohen & Steers Global | | | | | Buy | 5/2 | J | | |
| 28. -Cohen & Steers Global | | | | | Sold (part) | 10/2 | J | A | |
| 29. -Hartford Cap | | | | | Sold | 1/7 | J | A | |
| 30. -Alpine Int | | | | | Sold | 1/7 | J | A | |
| 31. -Janus Int | | | | | Sold (part) | 5/2 | J | A | |
| 32. -Janus Int | | | | | Sold (part) | 8/12 | J | A | |
| 33. -Janus Int | | | | | Buy | 10/2 | J | | |
| 34. -Janus Ad (See Note 12) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Janus Long/Short | | | | | Buy | 1/7 | J | | |
| 36.  -Janus Long/Short | | | | | Sold (part) | 5/2 | J | A | |
| 37.  -Janus Long/Short | | | | | Sold (part) | 10/2 | J | A | |
| 38.  -Janus Forty | | | | | Buy | 8/12 | J | | |
| 39.  -Janus Forty | | | | | Buy | 10/2 | J | | |
| 40.  -Janus Global | | | | | Buy | 5/2 | J | | |
| 41.  -Thornburg Global | | | | | Buy | 1/7 | J | | |
| 42.  -Thornburg Global | | | | | Sold (part) | 5/2 | J | A | |
| 43.  -Thornburg Global | | | | | Sold (part) | 8/12 | J | A | |
| 44.  -Hartford Growth | | | | | Buy | 1/7 | J | | |
| 45.  -Hartford Growth | | | | | Sold | 5/2 | J | A | |
| 46.  -Blackrock Global | | | | | Buy | 1/7 | J | | |
| 47.  -Blackrock Global | | | | | Buy | 5/2 | J | | |
| 48.  -Blackrock Global | | | | | Buy | 8/12 | J | | |
| 49.  -Blackrock Global | | | | | Sold (part) | 8/12 | J | A | |
| 50.  -Blackrock Int | | | | | Buy | 5/2 | J | | |
| 51.  -Blackrock Int | | | | | Sold (part) | 8/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -John Hancock Global | | | | | Buy | 5/2 | J | | |
| 53. -John Hancock Global | | | | | Buy | 8/12 | J | | |
| 54. -John Hancock Global | | | | | Buy | 10/2 | J | | |
| 55. -Merrill Lynch Money Mkt Reserves (See Note 9) | | | | | | | | | |
| 56. IRA Account #3 | A | Dividend | L | T | | | | | |
| 57. -Alliance Bernstein Itl | | | | | Sold (part) | 1/7 | J | A | |
| 58. -Alliance Bernstein Itl | | | | | Sold | 5/2 | J | A | |
| 59. -Nationwide (f/k/a Gartmore) Emerging | | | | | Sold (part) | 1/15 | J | A | |
| 60. -Nationwide Emerging (See Note 1) | | | | | Buy | 5/2 | J | | |
| 61. -Nationwide Emerging | | | | | Sold (part) | 8/12 | J | A | |
| 62. -Aberdeen Developing | | | | | Buy | 10/2 | J | | |
| 63. -Nationwide Natural (f/k/a Gartmore Global) | | | | | Sold (part) | 1/7 | J | A | |
| 64. -Nationwide Natural (See Note 2) | | | | | Sold (part) | 5/2 | J | A | |
| 65. -Aberdeen Natural | | | | | Sold (part) | 8/12 | J | A | |
| 66. -Aberdeen Natural | | | | | Buy | 10/2 | J | | |
| 67. -Nationwide Opt | | | | | Sold (part) | 1/7 | J | A | |
| 68. -Nationwide Opt (See Note 3) | | | | | Sold (part) | 5/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting pe iod | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code I<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Aberdeen Opt | | | | | Sold<br>(part) | 8/12 | J | A | |
| 70.   -Aberdeen Opt | | | | | Sold<br>(part) | 10/2 | J | A | |
| 71.   -Nationwide U.S. Growth | | | | | Buy | 1/7 | J | | |
| 72.   -Nationwide U.S. Growth (See Note 4) | | | | | Sold | 5/2 | J | A | |
| 73.   -Nationwide Int | | | | | Buy | 1/7 | J | | |
| 74.   -Nationwide Int (See Note 5) | | | | | Buy | 5/2 | J | | |
| 75.   -Aberdeen Int | | | | | Sold<br>(part) | 8/12 | J | A | |
| 76.   -Ivy Asset | | | | | Sold<br>(part) | 1/7 | J | A | |
| 77.   -Ivy Asset | | | | | Sold<br>(part) | 5/2 | J | A | |
| 78.   -Ivy Asset | | | | | Sold<br>(part) | 8/12 | J | A | |
| 79.   -Ivy Asset | | | | | Sold<br>(part) | 10/2 | J | A | |
| 80.   -Cohen & Steers Int | | | | | Sold<br>(part) | 1/7 | J | A | |
| 81.   -Cohen & Steers Asian Pac | | | | | Sold | 5/2 | J | A | |
| 82.   -Cohen & Steers Global | | | | | Buy | 5/2 | J | | |
| 83.   -Cohen & Steers Global | | | | | Buy | 8/12 | J | | |
| 84.   -Cohen & Steers Global | | | | | Sold<br>(part) | 10/2 | J | A | |
| 85.   -Hartford Cap | | | | | Sold | 1/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Alpine Int | | | | | Sold | 1/7 | J | A | |
| 87.  -Janus Int | | | | | Buy | 1/7 | J | | |
| 88.  -Janus Int | | | | | Sold (part) | 5/2 | J | A | |
| 89.  -Janus Int | | | | | Sold (part) | 8/12 | J | A | |
| 90.  -Janus Int | | | | | Buy | 10/2 | J | | |
| 91.  -Janus Adviser | | | | | Sold (part) | 1/7 | J | A | |
| 92.  -Janus Adviser | | | | | Buy | 5/2 | J | | |
| 93.  -Janus Adviser | | | | | Sold (part) | 10/2 | J | A | |
| 94.  -Janus Long/Short | | | | | Buy | 1/7 | J | | |
| 95.  -Janus Long/Short | | | | | Sold (part) | 5/2 | J | A | |
| 96.  -Janus Long/Short | | | | | Sold (part) | 8/12 | J | A | |
| 97.  -Janus Long/Short | | | | | Sold (part) | 10/2 | J | A | |
| 98.  -Janus Forty | | | | | Buy | 8/12 | J | | |
| 99.  -Janus Forty | | | | | Buy | 10/2 | J | | |
| 100.  -Janus Global | | | | | Buy | 5/2 | J | | |
| 101.  -Thornburg Global | | | | | Buy | 1/7 | J | | |
| 102.  -Thornburg Global | | | | | Sold (part) | 5/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Thornburg Global | | | | | Sold (part) | 8/12 | J | A | |
| 104. -Hartford Growth | | | | | Buy | 1/7 | J | | |
| 105. -Hartford Growth | | | | | Sold | 5/2 | J | A | |
| 106. -Blackrock Global | | | | | Buy | 1/7 | J | | |
| 107. -Blackrock Global | | | | | Buy | 5/2 | J | | |
| 108. -Blackrock Global | | | | | Buy | 8/12 | J | | |
| 109. -Blackrock Global | | | | | Sold (part) | 8/12 | J | A | |
| 110. -Blackrock Global | | . | | | Sold (part) | 10/2 | J | A | |
| 111. -Blackrock Int | | | | | Buy | 5/2 | J | | |
| 112. -Blackrock Int | | | | | Sold (part) | 8/12 | J | A | |
| 113. -Blackrock Int | | | | | Buy | 10/2 | J | | |
| 114. -John Hancock Global | | | | | Buy | 5/2 | J | | |
| 115. -John Hancock Global | | | | | Buy | 8/12 | J | | |
| 116. -John Hancock Global | | | | | Buy | 10/2 | J | | |
| 117. -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 118. Retirement Account #1 | A | Int./Div. | N | T | | | | | |
| 119. -Short Term Bond Fund | | | | | | | | | |

| I. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Ginnie Mae Fund | | | | | Sold | 3/24 | K | C | |
| 121. -Mgt Security Fund | | | | | Sold | 3/24 | L | B | |
| 122. -Marshall Bond Fund | | | | | | | | | |
| 123. -Pax Balanced Fund | | | | | | | | | |
| 124. -Citizen Bank Flint Mich CD (See Note 11) | | | | | | | | | |
| 125. -Strategic Cap Bk CD | | | | | Buy | 4/9 | L | | |
| 126. Brokerage Acct #1 | | | | | | | | | |
| 127. -Houston ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 128. -Pearland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 129. -Killeen Tex. Municipal Bonds | C | Interest | M | T | | | | | |
| 130. -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 131. -Lubbock Tx. Tax & Wtrworkds Municipal Bonds | C | Interest | M | T | | | | | |
| 132. -Univ. Tex. Revs. Fin. Municipal Bonds ( See Note 10) | D | Interest | M | T | | | | | |
| 133. -Southlake Tex L/T Water Municipal Bonds | D | Interest | M | T | | | | | |
| 134. -Georgetown ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 135. -Ft. Worth Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 136. -Richardson Texas Municipal Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Allen Texas Rfdg. Municipal Bonds | C | Interest | M | T | | | | | |
| 138.  -Plano ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 139.  -Burleson Tex ISD Municipal Bonds | A | Interest | L | T | Buy | 8/11 | M | | |
| 140.  -Port Neches Grove ISD Municipal Bonds | B | Interest | L | T | Buy | 4/3 | M | | |
| 141.  -Smith Barney Tax Free Money Market (See Note 7) | C | Interest | M | T | | | | | |
| 142.  Brokerage Acct #2 | | | | | | | | | |
| 143.  -Canadian Riv. Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 144.  -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |
| 145.  -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 146.  -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | M | T | | | | | |
| 147.  -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 148.  -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 149.  -University of N. Tex Municipal Bonds | B | Interest | L | T | | | | | |
| 150.  -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | | | Redeemed | 5/1 | K | A | |
| 151.  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | | | Redeemed | 8/15 | K | A | |
| 152.  -Houston Tex Wtr & Swr Zero Coupon M unicipal Bonds | B | Interest | | | Redeemed | 12/1 | K | A | |
| 153.  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Sharyland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 155. -Merrill Lynch CMA Tax Exempt Money Market | D | Interest | K | T | | | | | |
| 156. -Compass (fka: Texas State Bank) (See Note 6) | A | Interest | K | T | | | | | |
| 157. Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 158. Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 159. Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 160. Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 161. Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 162. Northwestern Mutual EOL Life #840 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 5/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1.  Gartmore Emerging became Nationwide Emerging in 2007. During 2008, this fund was taken over by Aberdeen and renamed Aberdeen Developing.

2.  Gartmore Global became Nationwide Global in 2007. It was renamed Nationwide Natural and then in 2008 became Aberdeen Natural.

3.  Nationwide Opt became Aberdeen Opt in 2008.

4.  Nationwide U.S. Growth became Aberdeen Equity on May 1, 2008.

5.  Nationwide Int became Aberdeen Int in 2008.

6.  Texas State Bank, listed on line 102 of the 2007 report was purchased by BBVA/Compass Bank. The accounts therein remain the same and are shown on line 156 of this year's report.

7.  This money market is also referred to as the "Western Asset Municipal Money Market."

8.  The Garage - SPI Tex. Prop. listed on line 103 of the 2007 report has not been rented for two years and so per the instructions it is no longer included.

9.  This is the same money market as in the 2007 report (Part VII, line 31), but the name is expanded as per the instructions to these forms.

10. The UT Dev. Municipal Bonds listed on line 79 of the 2007 report and the bonds described as Univ. Tex. Revs. Fin. Municipal Bonds listed on line 75 of the 2007 report have been prerefunded and reissued by the issuer with a 2011 call date. As a result, they are now reported █████ by the brokerage house and are reported herein ████ on line 129. Consequently, the UT Dev. Municipal Bonds are not listed separately here and will not be on any subsequent report.

11. The New Frontier CD listed on line 66 of the 2007 report was redeemed on November 20, 2007 and was replaced by the purchase of a new CD on November 29, 2007 from Citizen Bank Flint Michigan. The redemption of the New Frontier would have had an "L" value code and an "A" income gain code. The Citizens Bank CD has a value code of "L." That CD is listed in this year's (2008) report on line 124. These transactions were accidentally omitted from last year's report and the administrative staff for the Committee on Financial Disclosure instructed the undersigned to correct this oversight by including this note.

12. There were no sales or purchases involving Janus Ad inside IRA Account #2, but this fund was still owned by the IRA at year end and is included because the Filer's Checklist suggests that all assets inside of an IRA should be listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544